**CIVIL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO          May 27, 2008                TIME: 9:30 a.m.
CV 06-0881                                               Time in Court: 5 hrs.


TITLE:          **Colbert v. Suffolk County, et al.**

PLTFFS ATTY:    **Dan Johnson**
                X present          ___ not present

                **Elisa Gerontianos**
                X present          ___ not present

                ___ present        ___ not present


DEFTS ATTY:     **Robert Caccese**
                X present          ___ not present

                ___ present        ___ not present

                ___ present        ___ not present


REPORTER: Harry Rapaport                COURTROOM DEPUTY: Michele Savona

OTHER: _____

X    CASE CALLED.
___  JURY SELECTION ADJ'D TO _____.
___  JURY SWORN.
___  JURY SELECTION ORDERED AND BEGUN.
___  JURY SELECTION HELD
___  VOIR DIRE BEGINS.
___  JURY SELECTION COMPLETED.
___  JURORS SWORN AND TRIAL BEGINS. ___ PLTFF OPENS   ___ DEFT OPENS.
___  WITNESSES SWORN
___  JURY TRIAL HELD.         ___ JURY TRIAL RESUMES.
___  JURY TRIAL CONT'D TO _____

___  PLTFF RESTS.     ___ DEFT RESTS.
___  PLTFF SUMMATION.     ___ DEFT SUMMATION.     ___ PLTFF REBUTTAL.

___   JURY TRIAL ENDS.          _X_  DELIBERATIONS CONTINUE.

_X_   **PLTFFS** _X_  **DEFTS VERDICT.**

Plaintiff's verdict on federal unreasonable search and seizure claim for stop, detention and search.

Defendant verdict on all other claims.

Parties are to submit a letter to the court with a motion schedule.