UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAVID COLBERT,

                              Plaintiff,

-against-

SUFFOLK COUNTY, NEW YORK; SUFFOLK COUNTY POLICE DEPARTMENT, RICHARD DORMAN, COMMISSIONER; SUFFOLK COUNTY POLICE DEPARTMENT; LIEUTENANT MICHAEL MURPHY, SUFFOLK COUNTY POLICE DEPARTMENT; SERGEANT MARK BOUSE, SUFFOLK COUNTY POLICE DEPARTMENT; DEPUTY CHIEF NICHOLAS MANDO, SUFFOLK COUNTY POLICE DEPARTMENT; PAUL MERCREADY, POLICE OFFICER, SUFFOLK COUNTY POLICE DEPARTMENT; RICHARD RAYNOCK, POLICE OFFICER, SUFFOLK COUNTY POLICE DEPARTMENT; JOHN MC GAY, POLICE OFFICER, SUFFOLK COUNTY POLICE DEPARTMENT; MICHAEL SANTILLO, POLICE OFFICER, SUFFOLK COUNTY POLICE DEPARTMENT; PATRICK MORASH, POLICE OFFICER, SUFFOLK COUNTY POLICE DEPARTMENT; CAPTAIN THOMAS PALMIERI, SUFFOLK COUNTY POLICE DEPARTMENT; PAUL CARPENITO, POLICE OFFICER, SUFFOLK COUNTY POLICE DEPARTMENT; TOBIAS MONACO, POLICE OFFICER, SUFFOLK COUNTY POLICE DEPARTMENT; BRENDAN COLLEY, POLICE OFFICER, SUFFOLK COUNTY POLICE DEPARTMENT; KENNETH ROCHE, POLICE OFFICER, SUFFOLK COUNTY POLICE DEPARTMENT; MICHAEL TAVARES, SERGEANT, SUFFOLK COUNTY POLICE DEPARTMENT

------------------------------------x

RC/4395

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

CV 06-0881 (JB)(ETB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 29 2008 ★

LONG ISLAND OFFICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated:   Hauppauge, New York
         June 17, 2008

CHRISTINE MALAFI
SUFFOLK COUNTY ATTORNEY
Attorney for Defendants
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788
By: ROBERT A. CACCESE  RC-4395
Assistant County Attorney

DAN L. JOHNSTON   DJ/0806
Attorney for Plaintiff
~~116 West Twenty-Third Street~~ 60 Broadway FL 7(2)
New York, NY ~~10011~~ /10004

The Clerk of the Court shall close the case.

**SO ORDERED:**

Dated: Central Islip, New York
       July 29, 2008

JOSEPH BIANCO, U.S.D.J.